**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

Jordan Etheridge,
          Plaintiff,

       v.                                       CASE NO.:  2:26-cv-154

Trans Union, LLC,
          Defendant.

_____/

**NOTICE OF SETTLEMENT AS TO TRANS UNION, LLC**

Notice is hereby given that the Plaintiff and the Defendant, Trans Union, LLC, have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction of these parties during said sixty (60) day period.

DATED, this 21st day of April, 2026

                                       */s/Aryeh E. Stein*
                                       Aryeh E. Stein, #45895
                                       **Meridian Law, LLC**
                                         1212 Reisterstown Road
                                         Baltimore, MD 21208
                                         Phone: 443-326-6011
                                         astein@meridianlawfirm.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on April 21, 2026 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Aryeh E. Stein*
Aryeh E. Stein